CANADA-KIK CORPORATION, Respondent, v. KIK, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave

to the defendant to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.